UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17-449 (MAS) |
| v. | : | |
| JOSEPH GENCARELLI | : | ORDER EXTENDING VOLUNTARY SURRENDER DATE AND MODIFYING CONDITIONS OF RELEASE |

This matter having been brought before the Court on Defendant's application for an order extending his voluntary surrender date until May 16, 2018, and modifying the previously imposed condition of home incarceration so that he may attend his nieces' Holy Communion on May 12, 2018; and the Government and Probation having no objection; and for good shown;

IT IS ORDERED this 27th day of April 2018 that Defendant's voluntary surrender date is extended to May 16, 2018, at which time he will surrender to FCI Butner in Butner, North Carolina.

IT IS FURTHER ORDERED that the conditions of release are modified so that Defendant may attend his nieces' Holy Communion on May 12, 2018.

IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
Michael A. Shipp
United States District Judge